```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

    IN RE:                                           CASE NO. 08 B 13502
       ANTHONY M. IANNONE
                                                     CHAPTER 13

                                                     JUDGE: MANUEL BARBOSA

           Debtor
       SSN XXX-XX-5207


    ----------------------------------------------------------------------------
                         TRUSTEE'S FINAL REPORT AND ACCOUNT
    ----------------------------------------------------------------------------
         Glenn Stearns, Chapter 13 Standing Trustee, submits the following
    Final Report and Account of the adminstration of the estate pursuant to
    11 USC 1302(b)(1).

         1.   The case was filed on 05/28/08 .

         2.   The case was dismissed without confirmation, 10/23/2008.

         3.   The Debtor paid a total of $    4711.68 .


    ----------------------------------------------------------------------------
    CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                                 PAID         PAID
    ----------------------------------------------------------------------------
    SAXON MORTGAGE SERVICES  CURRENT MORTG         .00            .00          .00
    SAXON MORTGAGE SERVICES  MORTGAGE ARRE  NOT FILED             .00          .00
    FORD MOTOR CREDIT CO     SECURED VEHIC         .00            .00          .00
    CHILD SUPPORT ENF AG/N   CHILD SUPPORT  NOT FILED             .00          .00
    TN CHILD SUPPORT         CHILD SUPPORT  NOT FILED             .00          .00
    KANE COUNTY CLERK        SPECIAL CLASS  NOT FILED             .00          .00
    ARROW FINANCIAL SERVICES UNSECURED      NOT FILED             .00          .00
    AT&T MOBILITY LLC        UNSECURED      NOT FILED             .00          .00
    FIRST PREMIER BANK       UNSECURED      NOT FILED             .00          .00
    KCA FINANCIAL SERVICE    UNSECURED      NOT FILED             .00          .00
    REVENUE RECOVERY CORP    UNSECURED      NOT FILED             .00          .00
    MERCHANTS CREDIT GUIDE   UNSECURED      NOT FILED             .00          .00
    NCO FINANCIAL SYSTEMS    UNSECURED      NOT FILED             .00          .00
    PLAINS COMMERCE BANK     UNSECURED      NOT FILED             .00          .00
    NICOR GAS                UNSECURED      NOT FILED             .00          .00
    TONIA ROBERTSON          CHILD SUPPORT  NOT FILED             .00          .00
            Summary of disbursements:
    ----------------------------------------------------------------------------
                       SECURED      PRIORITY    UNSECURED     OTHER       TOTAL
    ----------------------------------------------------------------------------
    TOTAL CLMS ALLOWED     .00          .00         .00          .00        .00
    PRINCIPAL PAID         .00          .00         .00          .00        .00
    INTEREST PAID          .00          .00         .00          .00        .00
    TOTAL PAID             .00          .00         .00          .00        .00
    The Debtor's attorney, JOSEPH P DOYLE          , was allowed $          .00
    and was paid $        .00 .

    The Trustee received $        .00 .

    Refunds to the Debtor totaled $    4711.68 .

         Wherefore, the Trustee requests an order be entered discharging
    the Trustee and the surety on his bond from any further liability
```

in this case.

Dated: 01/14/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE